IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC J. HARRISON, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-14-942 |
| | : | |
| WARDEN, FCI-SCHUYLKILL, | : | (Judge Brann) |
| | : | |
| Respondent | : | |

## ORDER

July 2, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1. Harrison's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

    2. Petitioner may file a section 2255 motion in the United States District Court for the Northern District of Ohio or if appropriate, seek authorization from the appropriate Court of Appeals for leave to file a second or successive § 2255 petition.

1

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge